

ORIGINAL

FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0004

FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 24-0004

IN RE PETITION OF SHARON ANN O'LEARY
FOR REINSTATEMENT TO ACTIVE STATUS
IN THE BAR OF MONTANA

O R D E R

Sharon Ann O'Leary has petitioned for reinstatement to active status in the State Bar of Montana. O'Leary voluntarily moved to inactive status on April 1, 2006. O'Leary has been actively practicing in New York since 1986. The Petition states that O'Leary is not subject to disciplinary proceedings or pending disciplinary proceedings, and has not, while on inactive status, been charged with a criminal offense, committed any acts or omissions that would be sanctionable under the Montana Rules of Professional Conduct, accrued delinquent debt or filed for bankruptcy, or failed to fulfill the obligations of a public officer or professional license. Therefore,

IT IS HEREBY ORDERED that the petition of Sharon Ann O'Leary for reinstatement to active status in the State Bar of Montana is GRANTED. Petitioner shall pay all dues, fees and taxes owing to the State Bar, and within six (6) months shall submit to the Board of Continuing Legal Education, P.O. Box 577, Helena, MT 59624, proof of attendance at thirty (30) hours of approved Continuing Legal Education to be credited to the time Petitioner was on inactive status. This may include approved credits previously obtained by Petitioner during the last two years, if any, including credits from another jurisdiction that qualify for transfer under Rule 5(D), Rules and Regulations for Continuing Legal Education.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices